1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

SARAH TRAN, on her behalf and on behalf of Tinh Nguyen, deceased; and BICH T. TRAN,

                                    Plaintiffs,

            vs.

CONDOLEEZZA RICE, in her official capacity as Secretary of State; and SETH D. WINNICK, in his official capacity as Consul General,

                                    Defendants.

CASE NO. 06-CV-02697-H (BLM)

SCHEDULING ORDER RE PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND OTHER MOTIONS

On December 12, 2006, plaintiffs Sarah Tran and Bich T. Tran ("Plaintiffs") filed a complaint against defendants Condoleezza Rice and Seth D. Winnick ("Defendants") seeking declaratory and injunctive relief regarding the federal government's exclusion of Sarah Tran's adopted Vietnamese daughter Bich Tran from the United States. (Doc. No. 1.) On February 21, 2007, Plaintiffs filed a motion for a preliminary injunction and a temporary restraining order ("TRO") seeking to enjoin Defendants from barring Bich Tran from the United States or from delaying the processing of Bich Tran's Orderly Departure Program and H-2B visa applications. (Doc. Nos. 13-14.) Plaintiffs also filed a motion requesting the Court to certify to the Secretary of State, pursuant to 8 U.S.C. § 1202(f)(1), that the visa file of Bich Tran is needed by the court in the interest of the

1  ends of justice, which would allow the Secretary of State, in its discretion, to make

2  certified copies of the file available to the Court.  (Doc. No. 15.)

3        Rule 65(b) of the Federal Rules of Civil Procedure permits a district court to

4  grant an ex parte TRO only if:

5        (1) it clearly appears from specific facts shown by affidavit or by the

6        verified complaint that immediate and irreparable injury, loss, or damage

7        will result to the applicant before the adverse party or that party's attorney

8        can be heard in opposition, and (2) the applicant's attorney certifies to the

9        court in writing the efforts, if any, which have been made to give the

10       notice and the reasons supporting the claim that notice should not be

11       required.

12  After carefully reviewing all of the papers, the Court concludes that Plaintiffs have not

13  met these standards, and accordingly the Court denies Plaintiffs' motion for an ex parte

14  TRO.  Since Plaintiffs did not complete their required certificate of service until

15  February 18, 2007 (Doc. No. 12), and Defendants have 60 days after that date to file

16  their answer, see Fed. R. Civ. Proc. 12(a)(3)(A), the Court will hold a hearing on the

17  Plaintiffs' other motions after the 60 day period is completed.  Therefore, the Court will

18  hold a hearing regarding Plaintiffs' motions for preliminary injunction and whether the

19  Court will certify to the Secretary of State that Bich Tran's visa file is needed by the

20  court in the interest of the ends of justice on **April 23, 2007 at 10:30 a.m.**  Any

21  oppositions to these motions should be filed by Defendants on or before **March 26,**

22  **2007**, and any reply should be filed by Plaintiffs on or before **April 9, 2007**.  If

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  Defendants require more time to file an opposition, they must file a request showing

1   good cause why the Court should grant a continuance.

2         IT IS SO ORDERED.

3   DATED: February 23, 2007

4                                        _____
                                          MARILYN L. HUFF, District Judge
5                                         UNITED STATES DISTRICT COURT

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21   COPIES TO:

22   Alexandra T. Manbeck
     Law Offices of Alexandra T. Manbeck
23   4531 University Avenue
     San Diego, CA 92105
24
     Samuel W. Bettwy
25   U S Attorneys Office Southern District of California
     Civil Division
26   880 Front Street
     Suite 6253
27   San Diego, CA 92101

28